IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A ASH, | : |
| Plaintiff | : |
| | : CIVIL NO. 1:CV-16-0148 |
| v. | : |
| | : (Judge Caldwell) |
| ROBERT LAWTON, *et al.*, | : |
| Defendants | : |

*O R D E R*

And now, this 5th day of September, 2017, it is ordered that Plaintiff's Motion for Appointment of Counsel (ECF No. 26) is denied.

                                              /s/ William W. Caldwell
                                              William W. Caldwell
                                              United States District Judge