IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM A ASH, | : |
| Plaintiff | : |
| | : CIVIL NO. 1:CV-16-0148 |
| v. | : |
| | : (Judge Caldwell) |
| ROBERT LAWTON, *et al.*, | : |
| Defendants | : |

## *O R D E R*

And now, this 7th day of September, 2017, upon consideration of the Defendants' Motion to Dismiss (ECF No. 21) the Complaint, it is ordered that:

    1.  The motion is granted.

    2.  The Clerk of Court is directed to close this case.

    3.  Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.

                                      /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge