IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM A. ASH,

    Plaintiff

    v.

ROBERT LAWTON, *et al.*,

    Defendants

CIVIL NO. 1:CV-16-0148

(Judge Caputo)

# ORDER

AND NOW, this 14th day of **JANUARY 2019**, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 34), it is ordered that the motion is **DENIED**.

                                                       /s/ A. Richard Caputo
                                                       A. RICHARD CAPUTO
                                                       United States District Judge